return to the writ of habeas corpus, to which no traverse was filed, it appears that the relator was held by the sheriff of Kings county pursuant to an order of the Special Term of the Supreme Court, committing him to his custody for a civil contempt. The court had jurisdiction to make the order, and the provisions thereof were within its power. No other questions can be presented by such a writ. (*People ex rel. Price* v. *Hayes*, 151 App. Div. 561.) The order discharging relator should be reversed, without costs, and he should be remanded to the custody of the sheriff of Kings county. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Michel I. Schwartz, Appellant, v. Herbert E. Williams and Others, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Michel I. Schwartz, Appellant, v. Herbert E. Williams and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Richard M. Van Gaasbeek, Appellant, v. Tisdale Lumber Company and Others, Respondents. — Motion to dismiss appeal granted, without costs, upon the ground that the appeal from the order to resettle the former order is not appealable. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Stephen Wasko, Appellant, v. John Macko, as President, etc., Respondent. — Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

James Clarence Wells, Respondent, v. Alvah W. Haff, Appellant. (Actions 1 and 2.) — Action No. 1: Order affirmed, without costs. Action No. 2: Order modified so that plaintiff's discontinuance shall be on payment of defendant's taxable costs in that action, and as so modified affirmed, without costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Westchester Trust Company, as Executor and Trustee, etc., Respondent, v. Helen W. Condon and Mary A. Abbot, Respondents, and Helen W. Condon, as Guardian ad Litem, etc., Appellant. — Judgment and order affirmed, with costs to plaintiff, respondent. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

David L. Whitmore, Who Sues on Behalf of Himself and All Other Private Consumers of Water in the City of Mount Vernon Similarly Situated, Respondent, v. New York Inter-Urban Water Company, Appellant. — Order reversed, with ten dollars costs and disbursements, on the authority of *Wood* v. *New York Inter-Urban Water Co.* (157 App. Div. 407), and motion granted, with ten dollars costs. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Woodstock-on-Hudson, Respondent, v. The City of Yonkers and Gideon H. Peck, as Treasurer, etc., Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

In the Matter of Effingham L. Holywell, an Attorney. — The motion of